**Bouid LEE, Appellant,**

v.

**MINNEAPOLIS PUBLIC SCHOOLS, Special School District #1; Dr. John Googins; T. Factor; Kim Houle, Appellees.**

No. 04–2588.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 27, 2004.

Decided Jan. 4, 2005.

Bouid Lee, Eden Prairie, MN, pro se.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

[*] The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommenda-

PER CURIAM.

Bouid Lee appeals the district court's[*] dismissal of Lee's civil complaint. Having carefully reviewed the record, we conclude Lee's complaint was properly dismissed as res judicata-barred for the reasons stated by the district court. Thus, we affirm the judgment of the district court. *See* 8th Cir. R. 47A(a).

tions of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.